# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIDELITY & GUARANTY LIFE INSURANCE COMPANY, a Corporation,<br><br>Plaintiffs-in-Interpleader,<br><br>vs.<br><br>DEBORAH JOAN HOLLICK, an individual, DIANA BACHMANN and LEILANI STRETZ, as Executors of and Powers of Attorney to the Estate of Helga A. Neubert, and DOES 1 through 10, inclusive,<br><br>Defendants-in-Interpleader, | Case No. 3:17-cv-01108-AJB-WVG<br><br>**ORDER GRANTING COUNSEL FOR F&G'S REQUEST FOR TELEPHONIC APPEARANCE**<br><br>(Doc. No. 29) |
| AND RELATED CROSS-CLAIMS. | |

    Having reviewed Counsel for F&G's Request for Telephonic Appearance and for good cause appearing, F&G's request for Chakameh Ganji to appear by telephone for Bachmann/Stretz's Motion to Dismiss Hollick's Cross-Claims Against Bachmann/Stretz, and Hollick's Motion for Summary Judgment on Plaintiff Fidelity & Guarantee [sic] Life Insurance Company's Complaint For Interpleader and Order

1

To Release Interpleader Funds and on Bachmann/Stretz's Crossclaims Against Hollick, both scheduled for hearing on November 2, 2017 at 2:00 p.m., is hereby GRANTED.

Counsel will provide the Court with conference call number 24 hours prior to the conference.

**IT IS SO ORDERED.**
Dated: October 8, 2017

_____
Hon. Anthony J. Battaglia
United States District Judge